# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

        v.

JAVIER TREJO-HERRERA,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 25-CR-3912-LL

**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**

The United States' Motion to Dismiss the Indictment (ECF No. 10), without prejudice, is GRANTED. The Court dismisses the Indictment without prejudice.

Dated: February __10__ , 2026

_____
Hon. Linda Lopez
United States District Judge